UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARY DERISE | CASE NO. 6:18-CV-00406 |
| VS. | JUDGE TERRY A. DOUGHTY |
| REGIONS BANK, ET AL. | MAG. JUDGE CAROL WHITEHURST |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Mary Derise's Motion for Remand of Action to State Court [Doc. No. 8] is **GRANTED IN PART** and **DENIED IN PART.** To the extent the motion requests that this matter be remanded to state court, the motion is **GRANTED**. This action is **REMANDED** to the 16th Judicial District Court in and for the Parish of Iberia, State of Louisiana. To the extent the motion requests attorney's fees and costs, the motion is **DENIED**.

MONROE, LOUISIANA, this 5th day of September, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**